# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Abigail Elizabeth Lambert<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 23-CR-49<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 29, 2023__ in the county of __Linn__ in the __Northern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian P. Schenkelberg, FBI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: 06/30/2023

*Judge's signature*

Northern District of Iowa

MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

AFFIDAVIT

UNITED STATES OF AMERICA    )
NORTHERN DISTRICT OF IOWA   )     SS:

I, Brian P. Schenkelberg, being duly sworn state and depose as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2014. I attended New Agent Training at the FBI Academy in Quantico, Virginia, and I have worked in FBI Resident Agencies in Champaign, Illinois and Waterloo, Iowa. During my training and duty office assignments, I have learned various investigative techniques, including the application for and execution of search warrants for electronic equipment and communications accounts. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the production, advertisement, possession, distribution, and receipt of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to believe Abigail Elizabeth LAMBERT, (hereinafter LAMBERT) distributed child pornography, in violation of Title 18 U.S.C. § 2252(a)(2) and does not set forth all of my knowledge about this matter. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not

1

intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

3. On Wednesday June 14, 2023, an FBI Task Force Officer was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a fetish website (FetLife) known to him. The UC knew that different areas of this site are places where people meet, discuss and trade original images of underage children, links containing child pornography, and videos, among other things. A user using the screen name, "snowxmoney" subsequently identified as LAMBERT, initiated a private email chat with the UC within the fetish website. During that chat, LAMBERT asked the UC if the UC was "into incest," and indicated that she was interested in that. The UC and LAMBERT mutually agreed to resume their conversation on Telegram[1] private messenger.

4. On June 14, 2023, at approximately 11:20 EDT, the UC resumed conversation with LAMBERT via Telegram. During the course of the

---

[1] Telegram is an instant messaging end to end encryption mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.

2

conversation beginning on June 14, 2023, and ending on June 29, 2023, LAMBERT described having committed sexual acts with two minors. LAMBERT also stated that she had videos of the sexual acts.

5. On June 29, 2023, the UC continued to communicate with LAMBERT via Telegram private messenger. During the course of the Telegram chat on June 29, 2023, LAMBERT sent the UC a photograph of herself clothed, which clearly showed her face. At approximately 5:32 a.m. CDT, the UC asked LAMBERT if she still had the videos that she had described earlier in the chat. LAMBERT acknowledged that she did and sent the UC seven videos of a child. Five of the videos depict what appears to be a minor's hand or foot being inserted into an adult woman's vagina. The following is a description of one of those videos:

- A video of a woman inserting what appears to be a minor's hand (up to his wrist) in her vagina. The vagina is pierced. The video is close up and no bodies or faces are visible.

6. Investigators conducted surveillance at a residence in Cedar Rapids, Iowa associated with LAMBERT's parents and observed a black SUV with a paper tag in the window parked outside the residence. Investigators contacted the dealer listed on the paper tag and determined that LAMBERT had purchased that vehicle in May 2023.

7. In the evening of June 29, 2023, investigators obtained and executed a search warrant at the residence where LAMBERT's black SUV was parked.

LAMBERT was present when investigators entered the residence, and during the execution of the search warrant investigators conducted a recorded consensual interview with LAMBERT. Before the interview was conducted, LAMBERT was informed that she was free to leave or end the interview at any time. During the interview, LAMBERT admitted to producing videos in which she was performing sexual acts involving an approximately 9-year-old. This included the video described above. LAMBERT also admitted to producing a video in which she was masturbating and a 12-year-old was near her. LAMBERT stated she sent those videos to someone on the morning of June 29, 2023, utilizing her phone. LAMBERT said she sent the videos from the residence in which the search warrant was executed.

8. Based on the above, I believe there is probable cause to believe Abigail Elizabeth LAMBERT committed the crime of distribution of child pornography, in violation of Title 18 U.S.C. § 2252(a)(2).

Executed this 30th of June, 2023.

Special Agent Brian P. Schenkelberg
Federal Bureau of Investigation

Subscribed and sworn to before me by telephone or other reliable electronic means this 30th day of June, 2023.

MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa

4