Honorable Judge and all concerned;

My name is Kimberli Maloy. In my personal life, I am a mother, grandma (Noma), wife, sister, administrator or my late mother's estate, and first and foremost a child of God. To the rest of the world I am known as an avid gardener, former school district Theatre director (15 years), actor & vocalist, veteran, and a small business owner (alongside my husband of 20 years) at Simply Divine candy here in downtown Cedar Rapids. I also work part time at a lovely restaurant as a host.

I have known Abigail all her life. She was always by my side, be it in a playpen as I gardened and went to vend at farmers markets, during rehearsals when I was acting professionally, when I volunteered to help with shows at her school, when she went through her teens, and later when she gave birth to her babies & beyond. She has always kept in touch even when away from home, and always knew she had a home to come to should she ever need it.

I know Abbie as a person to be strongly independent, outspoken, and passionate – especially about what she believes in - and always willing to stand up for what is right. While her teen years were challenging, I don't see them as any more so than most of the kids her age at the time. When she became a young mother I watched her care for herself better and become very protective of her babies, even when she was a victim of domestic violence. She worked hard to provide for her children, working through pregnancies with determination.

She is a talented photographer, flute player, singer, guitarist, makeup artist (Ambassador for MAC cosmetics Viva Glam campaign which provides resources to those suffering from AIDS), and former model. A dedicated friend, greatly forgiving, and generous to those in need, I have witnessed several times when she saw someone homeless and brought them food, or shelter – even in one case not long ago, she gave her bicycle to a man who had no transportation.

All of that isn't entirely who she is – while our relationship has sometimes been rocky, she is someone I don't just call my daughter. She is my friend. She was always wonderful to my late mother, and loved to spend time laughing and trying on crazy clothes with "grandma". She was adamant that drugs were never to be around her children, and rarely drank – although on Christmas Eve it was our tradition to have a glass of wine while we played "Santa" for the boys almost every year.

Faith… Abigail was raised in a Christian household. Like lots of kids, she stepped away from that for a while, experimented with different beliefs. The most important thing I always told all my kids was that ALL I wanted for them was to get their heart right with God, then I would never have to worry about them. While in Linn county jail, Abigail made the choice to be baptized. She gave her heart to God and asked His forgiveness. I believe her. She has changed  - more "transformed". She reads her Bible daily, has been attending church every time she's given the change. She isn't the same woman she was when she was arrested.

Having Abigail in jail has left me in a different position than most – we are now raising her two boys. The younger, 10, misses his mother so very much. I miss my daughter. There is a hole in our family that feels sometimes like a death. In spite of what she has done, that does not have to define who she is. The majority of her life she has tried to make choices to better her circumstances, especially where her boys, O███ and P█████, are concerned. They were never left without anything they needed.

There will always be another part to this story, one we may never know or be able to prove – I'm certain of that. Abbie does have some mental health issues, but they were never criminal or violent in nature. I'm thankful she has a diagnosis now and can get the help she needs.

Regarding how Abigail feels about this case… the crime… I have never seen anyone more sincerely remorseful. I've witnessed people say "I'm sorry" and turn around and repeat the same behaviors, showing no true remorse. That is definitely not the case here. She is truly broken.

I would ask please that you consider a few things. First, this isn't typical behavior for Abigail. To my knowledge these were isolated incidents, and in my heart I know there's more to this. Second, she is a changed woman. I am not just speaking as her Mom now – but as a fellow Christian. She has been a good inmate, nearly everyone she's come into contact with likes her, and wants to keep in touch. At least two other women she was in jail with are now turning to God because they've met her and seen the work He's done in her.

DEFENDANT'S
EXHIBIT
A-1
23-cr-49

Lastly, and this is me talking as "Mom" - I don't want to die with my kid in prison. I have been through this with her every step while still keeping the necessary distance and division where the children are concerned. It's hard. Please consider the good in Abigail, because there is a lot of it. She isn't her crime.

Respectfully,

Kimberli Skelton Maloy
"Mom"