To: The Honorable Judge

I am writing this in regard to the sentencing of Abigail Lambert. I have known Abigail for 24 years, 20 of which as my step daughter.

It was very difficult for me to hear what Abigail has admitted to doing, in a small way because she has always been very protective and caring for her boys. I can't imagine how this happened but I know this isn't something Abigail would have instigated or done without some type of outside pressure.

I am extremely pleased that she has cooperated so much with the law enforcement agencies that investigated the case and hope that some leniency will be given to her because of this. I am also very proud of how she has since turned her life around and begun attending the church services provided by the jail system and has become an encouraging light of faith and support to any and all inmates with whom she interacts.

Again I ask for leniency regarding Abigail as an extreme sentence could possibly mean that neither her mother nor I would still be living upon her release. I ask this not only for the comfort of would bring us, but also for the emotional support we could offer the boys when she is released. They will need a strong foundation to rely on at that time and as Kimberli and I are the ones raising them I feel we will potentially be the first ones they look to.

Thank you for taking the time to read this letter. I truly appreciate all that you are doing.

Sincerely,

Matthew Maloy



DEFENDANT'S EXHIBIT
A-2
23-cr-49