February 18, 2024

To Whom it may concern,

My name is Rita Bryant. I am a wife, Mother, Registered Nurse and volunteer with Fresh Start Ministries. I have been employed by Unity Point St. Luke's for 34 years. I hold a Bachelor of Science in Nursing degree and a national certification in Peri anesthesia nursing. I have been a member of Fresh Start Ministries for 1.5 years.

I met Abigail E. Lambert at the Linn County Correctional Center during my work with Fresh Start Ministries in July of 2023. She chose to join our Bible study class. Ms. Lambert has been very faithful in her attendance with our class until her transfer to another facility. We have maintained text messaging and video phone messaging since her transfer. I have personally witnessed Ms. Lambert's progress of repentance. Similar to grief, repentance has stages to show progression. I commonly see new inmates show an angry mood. The anger may be directed at other people or within themselves. This will eventually move to an attitude of confession and acknowledgement of the wrong done. With this stage, I frequently see regret and acknowledgement of the hurt this action caused to other people. Next is the commitment to change and asking for forgiveness. With the support of Chaplain Dave Potter at the Linn County Correctional Center and Fresh Start Ministries, Abigail Lambert progressed through these phases and committed to change her life and has asked for forgiveness. I truly feel Ms. Lambert is sincere in her repentance.

In talking with Abigail, her main concern is always her children and parents. This shows maturity and a deep concern for others more than herself. She is a single Mother of 2 underage children. Abigail's Mother has taken over as care giver to these children. Ms. Lambert shows great love and concern for her family even during the no contact order with her children. Abigail herself and other female inmates report how she attempts to keep the peace with those around her. She is encouraging to others and offers positive Christian proverbs to help diffuse tense situations. Ms. Lambert has not been in trouble with the law before this arrest.

Even though Ms. Lambert has been moved to different facilities, she continues her study of the Bible. Some may become frustrated or lose interest with different influences and surroundings. She and I discuss Bible studies and helpful verses during our texts and phone visits. Ms. Lambert maintains a genuine interest and continuing education of the Bible. Abigail's moves to other facilities were due to changes in the contracts with local facilities and the Federal penal system. Abigail has not had any discipline due to difficult behavior that I am aware of during her incarceration. Ms. Lambert faced these relocations with an accepting attitude and endured additional difficulties communicating with her family with these moves.

Ms. Lambert is a very creative person. She has talents in the fine arts, music and creative writing. Abigail has continued writing and drawing during her time in custody. Her writings and drawings have been an encouragement to many women inside the jail. She enjoys music and has participated in hymn singing at Linn County Correctional Center.

**DEFENDANT'S EXHIBIT A-3 23-cr-49**

A lengthy sentence would have a potentially devasting effect on Abigail Lambert and her family. She is the single parent to her two children. Her parents are nearing retirement age and assuming guardianship of the children could become difficult later in life. The children's father is not in the picture. Abigail maintained sole responsibility of her children for many years. One of the children is on the Autism Spectrum. Abigail has always fought for this child's fair treatment and most appropriate learning environment. She is an essential piece to the success of this family.

We have had limited conversation about her arrest. She has told me that she didn't want to do what led to her arrest. Abigail expressed that her actions were brought about by someone else. The other person led her to perform these acts. She does not have any proof of the influences of the other person and therefore is taking sole responsibility for the illegal action.

As a supporter and encourager of the women involved with the Fresh Start Ministries, I have heard a lot of stories. I have learned to withhold judgement and not believe most of what is said. I have had the privilege of getting to know Abigail Lambert very closely. We have had deep discussions while looking into each other's eyes. I feel I can confidently say Abigail made a disastrous mistake. As we all make mistakes, those mistakes don't always define the rest of our lives. Abigail does not deserve to have this mistake define the rest of her life and potentially destroy a family.

Thank you for your consideration.


Very Sincerely yours,



Rita K. Bryant