My name is Benjamin Cooley. Since 2014, I have had the privilege of knowing Abigail Lambert, with whom I shared a relationship from 2015 to 2017. During this time, we lived together, sharing both household responsibilities and the joys and challenges of family life. This extensive period of closeness with Abigail and her children has afforded me a distinctive insight into her character, values, and behavior.

At the outset, I wish to acknowledge the gravity of the charges faced by Abigail. While my understanding of the specific details remains extremely limited, my intention is to provide a vivid portrayal of our shared life from the winter of 2014 through to the early part of 2017, during which we were closely connected.

The winter that Abigail and I first crossed paths marked a time of both challenge and excitement in our lives. In our twenties, we were at the cusp of carving out our paths in the world. I was deeply involved with a friend's startup focused on crafting organic chocolate, while Abigail, having recently arrived in town, found a home for herself and her children as a renter in his house, initially supported by modest contributions from the community.

As our acquaintance deepened, I was drawn to Abigail's passion for art, literature, and, above all, motherhood. However, I also came to understand the complexities of her past, including her parents' divorce, the shadow of an absent father, and a tumultuous end to her relationship with the father of her children the previous summer.

Despite these hurdles, Abigail's resilience and conscientious nature were evident. She was meticulous about her children's nutrition and the media they consumed, always with their health and development at the forefront of her concerns. Her profound love for her children and her deeply rooted faith in life captivated me. As my bond with this remarkable single mother and her family grew, I found myself increasingly convinced that the adversities of her past could be overcome.

Throughout that year, I had the opportunity to observe firsthand Abigail's ingenuity, pragmatism, and creative spirit. It was a common sight for me to return home to the joyful sounds of the boys playing, with Abigail keeping a watchful eye on them as she indulged in her passion for painting, right there in the kitchen. However, there was a particular day when her artistic endeavors were destined for a broader stage; she was preparing a collection for a gallery event. This event, the opportunity of which she had found by herself, would later attract hundreds from our community, eager to witness her talent. Walking through the gallery that Friday evening, witnessing the fruits of Abigail's dedication and artistic flair, filled both the children and me with immense pride and admiration.



DEFENDANT'S EXHIBIT A-4 23-cr-49

Our journey together evolved significantly over that year, and by 2016, we found ourselves making a new life in Oregon. I secured employment at a local ski resort and also worked at a shop serving the area's farming community. Meanwhile, Abigail took on a role as a housekeeper at an inn, where she also pursued her passion for crafting by making handmade flower decorations on the side for the owner. Despite our best efforts, making ends meet remained a challenge, but we were fortunate to have the unwavering support of our families. They provided assistance and visited us whenever they could, offering a much-needed lifeline during this building period of our lives.

These moments marked a period of happiness and significant growth in our relationship. Through dedicated effort, we firmly established daily routines, ensuring the children enjoyed consistent bedtimes, bath times, and mealtimes. This achievement brought a much-needed sense of stability to their lives—a goal that had been a year in the making for me and even longer for Abigail. Her contributions were pivotal; she devoted her spare time to enriching the boys' lives, purchasing butterfly nets and bug kits, and introducing them to the wonders of nature surrounding our cabin. Her efforts nurtured their budding love for animals, gardening, and science. We also embarked on our first family trip to Seattle, a memorable adventure to see the Space Needle and the Chihuly art museum. This trip was especially significant as it marked Abigail's first journey after obtaining her driver's license, which she had practiced hard for. In those moments, we felt an invincible bond, as if nothing could diminish our joy and unity.

That autumn, we relocated to my hometown of Nashville to enable me to finish my bachelor's degree at MTSU in person. My intention was to enlist in the Air Force as an officer, with plans for Abigail and the boys to accompany me and reside on base. During this period, we also concentrated on exploring avenues for Abigail to channel her creativity and make a meaningful contribution to the world. With her innate artistic flair, she found a compelling avenue in makeup artistry. Demonstrating her typical zeal when captivated by a new interest, Abigail dedicated herself to studying and practicing makeup artistry with fervor. She secured employment at a bookstore, which provided her with sufficient income to purchase a professional makeup kit. Together, we crafted her resume, and I supported her in applying to a renowned makeup company with a branch in the nearby town. Her efforts were rewarded when she landed the job, marking a significant step forward in her pursuit of personal and professional fulfillment.

Meanwhile, as her oldest son embarked on his kindergarten journey, the initial weeks proved to be a significant adjustment, particularly in the social realm. Abigail would read his daily progress reports to me, each one increasing her concern until we decided it was imperative to act. We reached out, setting up a meeting with his teacher and the school principal. Given the children's early developmental challenges prior to my involvement, we contemplated whether enrolling him in a pre-K program might better serve his socialization needs for kindergarten readiness.

In our meeting with the teacher and principal, we shared our hopes for his educational journey, providing them with a deeper insight into our concerns. They asked for another chance to adapt their methods to better suit his needs, a request that led to astonishing improvement. Their commitment and understanding left a lasting impression on both of us as standout educators.

The teacher's methodical plan to gently introduce him to his peers, along with the adjustment for the school bus to make a stop nearer to our home, showed great consideration, and positive step for Abigail in the lives of her children. Every morning, Abigail would wake early, tenderly waking her eldest, helping him get dressed, preparing him breakfast, and guiding him to the bus. Mornings were not his forte, but Abigail always managed to fill them with laughter and light, ensuring he left the house feeling loved and happy. Watching her son embrace the day with such positivity was a source of deep pride for her.

The romantic relationship between Abigail and I began to run its course as the year went on, but it was a quiet, amiable, and gradual decline. I couldn't point to one reason, certainly not to her, but slowly we found ourselves supporting each other more as roommates than a romantic couple. It was finally decided that after our lease ended we would go our separate ways. The boys were to move to Iowa with their paternal grandparents, who had recently re-entered their lives, alongside their father, who appeared to me both nervous and hopeful about the prospect of re-establishing a permanent presence in their lives.

Following our separation, Abigail remained committed to her career in make-up, applying for a transfer to Iowa with the hope of securing a brighter future for herself and her children. Once again, she faced the reality of single motherhood with unwavering determination. As time passed, our communication dwindled to avoid causing confusion for the boys. My presence in their lives shifted from being physically there during birthdays to gradually becoming just a voice over the phone, punctuated by the annual birthday check. This transition reflected our mutual respect for the well-being of the children and the new paths our lives were taking.

Life is not easy for a single mother, and I know loneliness and depression began to take its toll on Abigail as financial and personal realities set in, pushing her gradually into desperate moments and darker mental spaces. I think what began with her parents divorce culminated with our break up. I think she lost a corner of herself in 2017 that she is just now finding again; a deep faith she has always possessed, but perhaps numbed.

Your Honor, in sharing these experiences, my aim is not to diminish the seriousness of the charges against Abigail but to offer insight into the person I have known—a dedicated mother, a creative spirit, and a resilient individual. It is with this understanding of her character and her journey that I ask you for leniency in considering her case.
Most sincerely and faithfully,
Benjamin Cooley