Kathy Knight

███████████

Cedar Rapids, IA

███████████

February 21, 2024

RE: Abigail Elizabeth Lambert

Dear Judge:

My name is Kathy K. Knight and I am 73 years old and a long time resident of Cedar Rapids, IA. For the last 18 years I have worked for Children's Relief International and worked overseas as a missionary, mentor, Spiritual Director and Trauma coach. This last year I decided I would spend more time in the states and found some opportunities to help in my own community. I have held bible studies at Linn County Correctional Center for a number of years and began as a temporary Chaplain in 2023. I have recently joined the State of Iowa Department of Corrections as a mentor under the direction of Nellie Marrow and Steven Stafinni. I have completed a Chaplaincy program to be able to provide direction for more women once they are released from incarceration..

I am writing on behalf of Ms. Abigail E. Lambert.

I met Abigail in July of 2023, she did attend every bible study that I personally provided when possible, while she was placed at LCCC. At first, she was quiet, withdrawn and fearful for what her future would look like. I didn't know or ask what her charges were for and only discovered recently why she was arrested. I would say she quickly adjusted to being teachable to learning about scripture, keeping her focus present as much as she could. Abigail drew artwork and wrote poems about her stay and how she was dealing with her imprisonment.

My goal with Abigail and a few other likeminded ladies was to teach and train them to be able to teach others the Bible once they reached the prisons, to show leadership and responsibility. Abigail's persona softened the more she studied and kept her focus. Abigail is very smart and yet shy, perhaps because of the guilt and shame that she holds from her arrest.

Abigail and I are both musicians and when we sang together I could see her healing right before my eyes. Her father and she spoke often and that helped her with outside connections and fatherly counsel. As I understood it there had been a restraining order on her not to see or talk to her mom or children. That was painful for her. Her desire was to want to ask for forgiveness for what she had



DEFENDANT'S
EXHIBIT
A-5
23-cr-49

done, and thank her mom for taking the kids. I believe Abigail is a Christian and her faith continues to grow while she stays in the Word and with other believers. One of Abigails deepest pain is to forgive herself so she can move along..

My Observations:

I was very pleased with her progress and her ability to relate to new inmates. Abigail's goal was to stay out of trouble at all costs. Abigail was kind and helpful protecting those who were less confident and less intelligent and in need of a friend. She had great compassion for S███ H███, another young woman with mental disabilities. Once Stacy was placed in residential care Abigail continued to send her letters of encouragement. She did not care for or socialize with unkind people.

Once the Federal inmates were removed from LCCC I lost contact with her for a period of time. Until she was moved to Marshall County and I was able to start texting with her again. What I found was a young woman distressed and feeling at a loss of hope for her upcoming court date. My contact with her has been minimal due to intake and isolation. Our last text message she was feeling better being in the general population and not isolated.

I am inclined to ask for grace for Abigail in this case even not knowing all the details. Abigail is full of remorse and has a desire to be reunited with her children and family. I would ask for leniency in her sentencing for her to get back into the community to contribute to society and use her failings as a testimony of a changed life.

Thank you for this opportunity to share my thoughts about what I have seen develop in Abigail since our first meeting.


Sincerely,

*Kathy K. Knight*

Kathy K. Knight